## **CERTIFICATE OF SERVICE**

       I, Pamela R. Perron, hereby certify that I am over eighteen years of age and on February 23, 2010 I served true copies of the following documents:

- Notice of Removal

upon the following parties:

>William F. Henning, Esq.  (plaintiffs' counsel)
>76 South Orange Avenue, Suite 308
>South Orange, New Jersey  07079

>David Donohue, Esq.  (co-defendant's counsel)
>Farkas & Donohue
>389 Passaic Avenue
>Fairfield, New Jersey  07004

by placing it in a receptacle for first class United States mail.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Newark, New Jersey
           February 23, 2010        */s/ Pamela R. Perron*
                                                  _____
                                                  PAMELA R. PERRON