WILLIAM F. HENNING
76 South Orange Ave., Suite 308
South Orange, New Jersey 07079
(973) 761-8800
Attorney for Plaintiff
wfh0416

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOLANDA FLORES, INDIVIDUALLY and on behalf of KEVIN CLARA, DECEASED | Hon. Katharine S. Hayden |
| | Case No. CV-10-950 (KSH) |
| Plaintiffs | CIVIL ACTION |
| vs. | |
| PATERSON COMMUNITY HEALTH CENTER, INC. GASPAR GINART, ST. JOSEPH'S MEDICAL CENTER, Amer Akmal, Madesa Espana, Jane Doe 1 and John Doe       Defendants | STIPULATION OF DISMISSAL |

Please take notice that plaintiff Yolanda Flores, individually and on behalf of Kevin Clara, deceased, plaintiffs, and St. Joseph's Medical Center, Amer Akmal and Madesa Espana, responding defendants, hereby stipulate to dismissal with prejudice of the above referenced matter, without costs to any party

_____
William F. Henning
Attorney for Plaintiffs, Yolanda Flores, individually and on behalf
Of Kevin Clara, Deceased.

/s/ David C. Donohue

David C. Donohue, Esq.
Farkas and Donohue, LLC
Attorney for Defendants Amer Akmal, Madesa Espana and St. Joseph's Medical Center

It is so ordered.

_____