WILLIAM F. HENNING
76 South Orange Ave., Suite 308
South Orange, New Jersey 07079
(973) 761-8800
Attorney for Plaintiff
wfh0416

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YOLANDA FLORES,                          : Case No. CV-10-950 (KSH)
INDIVIDUALLY and on behalf               :
of KEVIN CLARA, DECEASED                 :   Hon. Katharine S. Hayden
                                         :
            Plaintiffs                   :
                                         :   CIVIL ACTION
vs.                                      :
                                         :
PATERSON COMMUNITY HEALTH CENTER, INC.,  :
GASPAR GINART, ST. JOSEPH'S MEDICAL CENTER, :
Amer Akmal, Madesa Espana,               :   VOLUNTARY DISMISSAL
Jane Doe 1 and John Doe                  :   as to Paterson Community Health
                                         :   Center Inc. and Gaspar Ginart
            Defendants                   :
.........................................

Please take notice that plaintiff Yolanda Flores, individually and on behalf of Kevin Clara, deceased, hereby voluntarily dismisses all claims in this action with prejudice as to defendants Paterson Community Health Center, Inc. and Gaspar Ginart, pursuant to FRCP 41(a)(1).

Defendants Paterson Community Health Center, Inc. and Gaspar Ginart have not filed an answer or motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

*Wm. F. Henning* 4-23-10

WILLIAM F. HENNING