WILLIAM F. HENNING
76 South Orange Ave., Suite 308
South Orange, New Jersey 07079
(973) 761-8800
Attorney for Plaintiff
wfh0416

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| YOLANDA FLORES, INDIVIDUALLY and on behalf of KEVIN CLARA, DECEASED (KSH) | | Hon. Katharine S. Hayden |
| | : | Case No. CV-10-950 |
| Plaintiffs | : | CIVIL ACTION |
| vs. | : | |
| PATERSON COMMUNITY HEALTH CENTER, INC. GASPAR GINART, ST. JOSEPH'S MEDICAL CENTER, Amer Akmal, Madesa Espana, Jane Doe 1 and John Doe | | VOLUNTARY DISMISSAL |
| Defendants | : | as to United States of America |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    Please take notice that plaintiff Yolanda Flores, individually and on behalf of Kevin Clara, deceased, hereby voluntarily dismisses all claims in this action with prejudice as to United States Of America, pursuant to FRCP 41(a)(1).

    Defefendant United States of America has not filed an answer or motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court

                                            /s/ William F. Henning
                                            _____
                                            WILLIAM F. HE NNING